**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation: Nicole Peterson | Date: June 3, 2021<br>Interpreter: n/a |

**CASE NO. 18-cr-00236-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Bradley Giles |
| Plaintiff, | |
| v. | |
| 3.  CHRISTOPHER JOSHUA CHAVEZ, | Siddhartha Rathod<br>Nicholas Lutz |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION:** 1:02 p.m.
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on November 5, 2018, to Counts 10 and 11 of the Superseding Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:** Government's Motion for Defendant to Receive Three-Level Decrease for Acceptance of Responsibility under U.S.S.G. §§ 3E1.1(a) and (b) (Doc. 665) is GRANTED.

**ORDERED:**  Government's motion (Doc. 667) is GRANTED as amended on the record.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, CHRISTOPHER JOSHUA CHAVEZ, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **42 months as to Count 10, 60 months as to Count 11, to be served consecutively to sentence imposed in Count 10; total term of 102 months.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility located in the District of Colorado, and that he be allowed to participate in a program for treatment of substance abuse (RDAP).

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **five (5) years as to each count, to run concurrently.**

**ORDERED:**  While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:**  Defendant shall pay **$200** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**ORDERED:**  Government's Motion to Dismiss Count One of the Superseding Criminal Indictment as to Defendant Christopher Chavez (Doc. 666) is GRANTED.

**Court in recess:**   1:48 p.m.
Total time:            00:46
Hearing concluded.